UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                                          Case No. 21-30571
                                                          Originating No. 3:21-cr-36-32

**SEAN PETTY**

        a/k/a "Suge",

    Defendant.
_____/

**<u>GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SEAN PETTY,** to answer to charges pending in another federal district, and states:

    1.  On **December 2, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on a Superseding Indictment**. **Defendant is charged in that district with a violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(c), and 2- Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney


    s/Susan Fairchild
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    susan.fairchild@usdoj.gov
    (313) 226-99577

Dated: December 2, 2021